UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-21564-CIV-KING

MARCOS MANGUAL,

    Plaintiff,

v.

STATE OF FLORIDA,

    Defendant.

    _____/

## ORDER GRANTING LEAVE TO FILE
## AMENDED PETITION FOR WRIT OF HABEAS CORPUS

THIS MATTER is before the Court upon the February 18, 2021 Report and Recommendation (DE 32) of Magistrate Judge Lisette M. Reid. Judge Reid recommends that this case be reopened, and that petitioner be given an opportunity to file an amended petition for writ of habeas corpus.

After careful consideration, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case. Therefore, it is **ORDERED, ADJUDGED and DECREED**:

1. Magistrate Judge Lisette M. Reid's February 18, 2021 Report and Recommendation (**DE 32**) be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. The Clerk shall **REOPEN this case**;

3. Petitioner is hereby given leave to file an amended petition for writ of habeas corpus challenging Miami-Dade County Case No. F15-026553; and

4. The amended petition shall be filed within **thirty (30) days** of the date of this Order.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of February, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc:**   **Magistrate Judge Lisette M. Reid**
**All counsel of record**
**Marcos Mangual,** *pro se*