UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-21564-JLK

ALFREDO MORALES MOLINA,

    Petitioner,

vs.

ASHLEY MOODY, ATTORNEY GENERAL
OF THE STATE OF FLORIDA,

    Respondent.

_____/

**ORDER DENYING PETITIONER'S OBJECTIONS AND**
**AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER is before the Court upon Magistrate Judge Reid's Report and Recommendation (the "R&R") (DE 52), entered March 8, 2022. The R&R recommends denying the Amended Petition for Writ of Habeas Corpus (DE 41). On May 4, 2022, Petitioner filed Objections (DE 57) (the "Objections"). Upon careful consideration of the pleadings and the record, the Objections are DENIED.

Petitioner challenges the constitutionality of his state court conviction. DE 41. Within the *pro se* Petition, Mr. Molina alleges that the underlying state court conviction was based on a "toxic/frauded past pleas/conviction" and that Petitioner is "dealing/fighting his case against a methodical group/colleagues from the 3DCA (Third District Court of Appeal) . . ." *Id.* at 6, 8.

Under § 2254(d), a federal court may grant habeas relief from a State court judgment only if the State court's decision on the merits of the issue was (1) contrary to, or an unreasonable application of, clearly established federal law as determined by the Supreme Court of the United

States; or (2) was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding. 28 U.S.C. § 2254(d).

The R&R recommends denying the Petition. The R&R finds that "Petitioner provides no clear explanation of which facts were ignored by this trial attorney nor does he bring forth any evidence regarding fraud from the trial court." R&R at 9. Additionally, the R&R finds that Petitioner does not show how the State court adjudication is contrary to federal law, an unreasonable application of federal law, or an unreasonable determination of facts. R&R at 10.

In his Objections, Petitioner again makes conclusory allegations, such as claiming the facts of this case "are increasingly contaminated." Obj. at 4. Petitioner alleges that new evidence shows there was fraud in the State court. Obj. at 4, citing DE 46-2 at 111. Yet, it remains unclear as to how there was fraud at the lower court. Petitioner does not allege specific facts that show fraud.

The Court has carefully considered the entirety of the Objections, the record, and the R&R. The State court ruling was not "contrary to" or "an unreasonable application of clearly established law," nor was the decision "based on an unreasonable determination of the facts." 28 U.S.C. § 2254(d). Upon due consideration, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that

1. Magistrate Judge Jacqueline Reid's Report and Recommendation **(DE 52)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;
2. Petitioner's Writ **(DE 41)** be, and the same is, hereby **DENIED**;
3. No certificate of appealability shall issue;

4. All pending motions be, and the same is, hereby **DENIED as moot**; and

5. The Clerk **SHALL CLOSE** the case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida dated this 7th day of June, 2022.

*James Lawrence King*
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **All Counsel of Record**
**Magistrate Judge Lisette M. Reid**